UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LILLIAN CUPIT

VERSUS

WAL-MART STORES, INC.

CIVIL ACTION

NO. 10-668-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated March 10, 2011 (doc. no. 6) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Motion to Remand (doc. no. 3) is GRANTED and this matter is REMANDED to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this 31st day of March, 2011.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE